UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KYLE A. HAGEN,<br><br>    Defendant. | No. CR-13-6052-RHW-1<br><br>**ORDER AUTHORIZING TRAVEL TO MEXICO** |

Before the Court is Defendant's Motion to Allow Travel to Mexico, ECF No. 314. This motion was decided without oral argument.

Defendant moves the Court for an order authorizing him to travel to Mexico for a week-long vacation in May. ECF No. 314. Defense counsel asserts that Probation has no objection and the Government did not file any objection. ECF No. 314-1. As such, the Court finds good cause to authorize Defendant's travel to Mexico.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Allow Travel to Mexico, **ECF No. 314**, is **GRANTED.**

The **District Court Executive** is directed to enter this order and provide copies to counsel, Defendant, and U.S. Probation.

**DATED** this 22nd day of April, 2015.

                     *s/Robert H. Whaley*
                  ROBERT H. WHALEY
              United States District Judge

**ORDER AUTHORIZING TRAVEL TO MEXICO ~ 1**