UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

KYLE A. HAGEN,

Defendant.

No. CR-13-6052-RHW-1

**ORDER GRANTING TERMINATION OF PROBATION**

Before the Court is Defendant's Motion to Terminate Supervised Release, ECF No. 322.

## BACKGROUND

On October 3, 2014, Mr. Hagen pleaded guilty to one count of Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i). ECF No. 262. This Court sentenced him to two years of probation and a $100 special penalty assessment on March 5, 2015. ECF No. 306. Mr. Hagen moves the Court for early termination of his probation.[1] ECF No. 322.

## DISCUSSION

Pursuant to 18 U.S.C. § 3564(c) the Court may, upon consideration of the factors set forth in 18 U.S.C. § 3553(a), terminate a term of previously ordered probation after the expiration of one year of probation in a felony case, if the Court is satisfied that the action is warranted by a defendant's conduct and the interests of justice.

---

[1] Mr. Hagen is on probation, as opposed to supervised release, and the Court recognizes Mr. Hagen's request is for termination of probation.

**ORDER GRANTING TERMINATION OF PROBATION ~ 1**

Mr. Hagen has been on supervision for at least one year, and he has fully complied with the terms of supervision, including abstention from drug use, lawful conduct, and compliance with the requests of U.S. Probation. U.S. Probation stated on April 4, 2016, that it has no objections to an early termination of probation for Mr. Hagen, and the Government did not file any objections to Mr. Hagen's motion. Mr. Hagen's conduct over the past year, the interests of justice, and the need to efficiently utilize judicial resources support his request for early termination of probation.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Early Termination of Probation, **ECF No. 322**, is **GRANTED.**

2. Defendant's term of probation shall be **TERMINATED** effective immediately.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and provide copies to counsel, Defendant, and U.S. Probation.

**DATED** this 5th day of April, 2016.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

**ORDER GRANTING TERMINATION OF PROBATION ~ 2**